UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:23cv07434 CAS (MARx)                                          Date: July 11, 2025

Title   *BIN JIANG v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ET AL.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 1, 2025**, why this action should not be dismissed for lack of prosecution **as to defendants UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UR MENDOZA JADDOU; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES NEBRASKA SERVICE CENTER; ANTONY J. BLIKEN; RENA BITTER; and LISA K. HELLER.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendants UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UR MENDOZA JADDOU; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES NEBRASKA SERVICE CENTER; ANTONY J. BLIKEN; RENA BITTER; and LISA K. HELLER,** or plaintiff's request for entry of default on these defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |